97 A.3d 1201

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF ENVIRONMENTAL PROTECTION**

v.

**PPL GENERATION, LLC and PPL Martins Creek, LLC.**

**Delaware Riverside Conservancy, Inc., Thomas and Nancy
Shappell, and William Vogt, Intervenors.**

**Appeal of Delaware Riverside Conservancy, Inc., Thomas
and Nancy Shappell, and William Vogt, Intervenors.**

Supreme Court of Pennsylvania.

Aug. 18, 2014.

434

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**